**Frank MIRAMONTI, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3382.

United States Court of Appeals, Federal Circuit.

July 13, 2006.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and PROST, Circuit Judge.

## JUDGMENT

### PER CURIAM

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.